UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| PLYMOUTH GRAIN TERMINALS, L.L.C., et al., | ) ) ) | NO. CV-10-5019-LRS |
| Plaintiffs, | ) ) ) | ORDER RE JOINT MOTION FOR PROTECTIVE ORDER |
| -vs- | ) ) | |
| LANSING GRAIN COMPANY, et al., | ) ) | |
| Defendants. | ) ) | |

BEFORE THE COURT is the parties' "Stipulation For Protective Order" (ECF No. 30) filed April 27, 2011, which was not noted for hearing.[1]

The court reviewed the file, pending joint motion and supporting documentation and is fully informed. The court has concerns about entering the proposed protective order which has the effect of providing a blanket prohibition to disclosure without consideration of whether the same is either appropriate or in the public interest as to all matters

---

[1]The court construes the parties' intent to be a motion for entry of a stipulated protective order, although a memorandum in support of such motion was not filed pursuant to Local Rule 7, nor did the parties note said motion for hearing pursuant to Local Rule 7.

ORDER - 1

covered by the language of the stipulation. As the court was not involved in the formulation of the proposed joint protective order attached to the motion, it declines to be a party to it, although the parties may by stipulation agree to be bound by the terms which have been set forth therein. Accordingly, the court will treat the stipulation as an agreement between the parties but expresses no opinion concerning its terms or enforceability. Should a dispute arise concerning the confidentiality of a specific document or matter, the parties may move for court review and entry of a protective order at that time.

The parties' joint motion for protective order, **ECF No. 30**, filed April 27, 2011, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 24th day of May, 2011.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2