UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PLYMOUTH GRAIN TERMINALS, LLC, a Delaware limited liability company, CENTRAL WASHINGTON CORN PROCESSORS, INC. a Washington corporation, and PAULSON COMMODITIES, LTD., an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LANSING GRAIN COMPANY, LLC, a Michigan limited liability company, LANSING GRAIN COMPANY, an assumed name, LGC GRAIN COMPANY, LLC, a Michigan limited liability company, and LANSING TRADE GROUP, LLC, a Delaware limited liability company,<br><br>Defendants.<br>_____<br>LANSING TRADE GROUP, LLC, a Delaware limited liability company,<br><br>Counterclaim Plaintiff, | NO: 10-CV-5019-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

| | |
|---|---|
| 1 | v. |
| 2 | PLYMOUTH GRAIN TERMINALS, LLC, a Delaware limited liability company, CENTRAL WASHINGTON CORN PROCESSORS, INC., a Washington corporation, and PAULSON COMMODITIES, LTD., an Oregon corporation, |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Counterclaim Defendants. |

BEFORE THE COURT is the parties' Stipulation for Dismissal with Prejudice (ECF No. 489).  Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs or attorney's fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS HEREBY ORDERED**:

Pursuant to the parties' Stipulation for Dismissal with Prejudice (ECF No. 489), all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.  All pending motions are **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** May 6, 2014.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2